

**ORDERED in the Southern District of Florida on July 14, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Miami Division**

In re:                                                                  Case No. 19-17849-RAM
                                                                        Chapter 13
CECILIA BRAVO

      Debtor
_____/

### ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO CONTINUE THE AUTOMATIC STAY

**THIS CASE** having come before the Court on July 11, 2019 at 9:00 AM on the *Debtor's Expedited Motion to Continue the Automatic Stay [DE #9]* Pursuant to §362(c)(4)(B), this Court having reviewed the Motion and being otherwise duly advised in the premises, it is thereupon:

**ORDERED AND ADJUDGED that:**

1. The Debtor's Motion to Continue the Automatic Stay [DE #9] is **GRANTED**, subject to the conditions stated below.

1

2. The Automatic Stay shall be in full force and effect against all creditors until further order of this Court or upon any subsequent order granting relief from the automatic stay. The stay is also subject to §362(c)(4)(C).

###

**Submitted by:**

**Robert A. Stiberman, Esq.**
STIBERMAN LAW, P.A.
2601 Hollywood Blvd
Hollywood, FL 33020
954-922-2283
Ras@stibermanlaw.com

Attorney Robert A. Stiberman is directed to serve copies of this order on all interested parties and file a certificate of service.